UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

```
FILED
U.S. DISTRICT COURT
  SAVANNAH DIV.
2007 JAN 29  PM 1: 43
CLERK_____
  SO. DIST. OF GA.
```

| | |
|---|---|
| NANISHA NICOLE WASHINGTON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CORPORAL R. KIMBLE, )<br>)<br>    Defendant. ) | Case No. CV406-38 |

## ORDER

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 29 day of Jan, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA